MILDRED R. HERNIMAN, an Infant, by MARY HERNIMAN, Her Guardian ad Litem, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — recovery by passenger in automobile for personal injuries sustained through automobile running into freight train at railroad crossing.*

*Herniman* v. *N. Y. C. R. R. Co.*, 175 App. Div. 911, affirmed.

(Argued March 9, 1921; decided March 24, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered October 24, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was a passenger in an automobile which ran into one of defendant's freight trains at a railroad crossing in the village of Clarence. It was alleged by the plaintiff that the defendant was negligent in failing to have a flagman or gateman at said crossing; failing to properly operate the gates, or to properly light said crossing gates and because of its failure to maintain a sufficient automatic bell or other mechanical device to give warning to travelers upon said highway of their approach to the crossing or the presence or passage of a train.

*Howard R. Sturtevant* for appellant.

*Frank A. Abbott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.